**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
RAJVIR SINGH RAI,

        Plaintiff,

        -against-

HARPAL S. RAI,

        Defendant.
------------------------------------------------------------x

No. 21-CV-11145 (JGLC) (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held a pre-settlement conference call on Tuesday, August 15, 2023.

    As discussed on the call, Plaintiff's counsel is directed to make a counteroffer to defense counsel **by Friday, September 1, 2023**. The parties are directed to file a joint letter on the docket **by Friday, September 8, 2023**, informing the Court whether (1) a demand was made, and (2) scheduling another pre-settlement conference call would be productive at this time. If the parties think that a further pre-settlement conference call would be productive, they shall provide proposed dates for the weeks of September 11, 2023, and September 18, 2023.

    **SO ORDERED.**

Dated: August 15, 2023
       New York, New York

                      _s/ Ona T. Wang_
                            **Ona T. Wang**
                    United States Magistrate Judge