**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAJVIR SINGH RAI,

        Plaintiff,

        -against-

HARPAL S. RAI,

        Defendant.
------------------------------------------------------------x

No. 21-CV-11145 (JGLC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 48. Defendant's request to adjourn the November 1, 2023, pre-settlement conference call is **GRANTED**. The pre-settlement conference call is **ADJOURNED** to **Tuesday, December 5, 2023 at 11:30 a.m.**

    SO ORDERED.

Dated: October 25, 2023
       New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge