# WOODS LONERGAN PLLC

## ATTORNEYS AT LAW

woodslonergan.com

One Grand Central Place
60 East 42nd Street
Suite 1410
New York, NY 10165
Tel: 212 684 2500
Fax: 212 684 2512

96 Park Street
Montclair, NJ 07042
Tel: 973 641 4012

*Reply to*
*New York, NY*

Andreas E. Christou, Esq.
Associate
Admitted to the NY & NJ Bar
Email: andreas.christou@woodslaw.com

December 1, 2023

Via ECF Filing
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

RE:  **Rajvir Singh Rai v. Harpal S. Rai (1:21-cv-11145-JGLC)**

Dear Judge Wang:

The undersigned represents Defendant and Counterclaimant Harpal S. Rai ("Defendant") in the above-referenced matter. Please accept this letter motion as Defendant's request to adjourn the Pre-Settlement Conference Call scheduled for **December 5, 2023 at 11:30 a.m.** (ECF 49) before Your Honor. Plaintiff's counsel consents to this request.

As the Court is aware from the Parties' prior correspondence, the Parties have reached a settlement in this matter. Over the course of the past thirty (30) days, a Settlement Agreement has been drafted, and nearly all key terms have been agreed to within the Agreement. The parties are working to resolve the final term in the settlement agreement, which is likely to be resolved within the next few days. I have been in frequent communication with Plaintiff's counsel regarding the terms of the Settlement Agreement. In addition, once the Settlement Agreement is executed, there will be a 14-day period for a settlement payment to be made. In order to account for the additional time needed to finalize and execute the Settlement Agreement and perform accordingly, the parties would respectfully request an adjournment of the December 5, 2023 conference to a date on or after January 2, 2024 for the parties to either a) file a stipulation of dismissal, or b) address any settlement updates or issues with the Court at that time.

There have been two previous requests for an adjournment of the pre-settlement conference, while settlement negotiations were ongoing. The first request was by Plaintiff because Plaintiff needed to obtain an appraisal of the subject property, which was granted, adjourning the prior conference from September 21, 2023 to November 1, 2023. The second request by the Defendant, with consent of Plaintiff, and was granted and adjourned the conference from November 1, 2023 to December 5, 2023, when the parties had reached a settlement in principle only days earlier and needed time to draft the necessary settlement papers.

# WOODS LONERGAN PLLC

ATTORNEYS AT LAW                                                woodslaw.com

Furthermore, due to personal family matters, the undersigned will be out of the office from December 4-8, 2023.

Should the Court require anything further, please feel free to contact the undersigned. Thank you for your consideration.

Sincerely,

Andreas E. Christou, Esq.


CC via ECF: Daniel Friedman, Esq., *Counsel for Plaintiff*


Application **GRANTED**. In light of the parties' settlement, the pre-settlement conference call scheduled for December 5, 2023 is **ADJOURNED sine die**.

**SO ORDERED.**

_____
Ona T. Wang          12/4/23
U.S.M.J.